

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

**FILED**

APR 0 4 2008   NF,

Apr 4. 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LIS, Natallia<br>SVETOV, Leonard | ) )<br>Case No. |
| Plaintiffs | ) ) ) |
| v. | ) ) |
| Michael B. MUKASEY,<br>  U.S. ATTORNEY GENERAL,<br>Michael CHERTOFF<br>  SECRETARY OF THE<br>  DEPARTMENT OF HOMELAND<br>  SECURITY<br>Ruth DOROCHOFF,<br>  USCIS DISTRICT DIRECTOR<br>U.S. Citizenship and Immigration Services | ) ) ) ) ) ) ) ) ) ) |
| Respondents | ) |

08CV1937
JUDGE CONLON
MAGISTRATE JUDGE BROWN

### PLAINTIFFS' ORIGINAL COMPLAINT
### FOR WRIT IN THE NATURE OF MANDAMUS

1.  This is an immigration case. Plaintiff Natallia Lis, Alien Registration

    Number A99 119 018, is the legal wife of a US citizen of the United States

    and is therefore entitled by law to issuance of an alien registration receipt

    card, also known as "permanent resident alien card" and/or "green card."

    Natallia is married to US citizen and Plaintiff Leonard Svetov. The

    Defendants are required by statute to provide Plaintiff such documentation

    upon proper application, which Plaintiffs have made. Defendants nonetheless

    refuse to issue Plaintiff her card.

2.  Plaintiffs bring this action seeking to compel the Defendants to issue her the
    permanent resident alien card to which she is entitled. Plaintiffs seek
    declaratory and injunctive relief, their attorney's fees, and their costs.

COMES NOW Natallia Lis and Leonard Svetov, Plaintiffs in the above-styled and
numbered cause and for cause of action would show unto the Court the following:
This action is brought against the Defendants to compel action on an application for
lawful permanent resident status properly filed by the Plaintiffs. The application was
filed and remains within the jurisdiction of the Defendants, who have improperly
withheld action on said application to Plaintiff's detriment.

## JURISDICTION AND VENUE

3.  This Court has jurisdiction over this case under 28 U.S.C. § 1331 and 1361, 5
    U.S.C. §701 *et seq.*, and 28 U.S.C. § 2201 *et seq.* Relief is requested pursuant
    to said statutes. Plaintiffs seek to compel action by an officer of the United
    States to perform a duty owed to Plaintiffs, and this court has jurisdiction
    pursuant to 28 U.S.C. 1361 and 28 U.S.C. 1331. Insofar as Defendants have
    unlawfully withheld and unreasonably delayed action and failed to act as
    specified below, this court has jurisdiction under the Administrative
    Procedures Act, 5 U.S.C. 706(1).

4.  Venue is proper in this district under 28 U.S.C. § 1391(e), in that this is an
    action against officers and agencies of the United States in their official

2

capacities brought in the District where a Defendant resides and where a

substantial part of the events or omissions giving rise to Plaintiffs' claim

occurred.  More specifically, Plaintiffs' application for lawful permanent

resident status was properly filed and, to Plaintiffs' knowledge, remains

pending with the Chicago CIS District Director.  An actual controversy has

arisen and now exists between Plaintiff and Defendants.


## EXHAUSTION OF REMEDIES


5.  Plaintiffs have exhausted their administrative remedies.  Plaintiffs have,

through their attorney, made numerous inquiries concerning the status of the

applications to no avail.


## PARTIES


6.  Plaintiff Natallia Lis is a 29-year-old citizen of Belarus and resident of

Skokie, Illinois.  Plaintiff Leonard Svetov is a 58-year-old citizen of the

United States and a resident of Skokie, Illinois.

7.  Defendant Michael Mukasey is the US Attorney General of the United States,

and this action is brought against him in his official capacity.  He is generally

charged with enforcement of the Immigration and Nationality Act, and is

further authorized to delegate such powers and authority to subordinate

employees of the Department of Justice.  8 U.S.C. §1103(a).

3

8. Defendant Michael Chertoff is the Secretary of the US Department of Homeland Security. As such, he is responsible for the adjudication of applications for adjustment of status filed pursuant to §245 of the Immigration and nationality Act (INA), 8 U.S.C. §1255. The US Citizenship and Immigration Service is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision. The Secretary is sued in his official capacity.

9. Defendant Ruth Dorochoff is the District Director of the Chicago Office of the US Citizenship and Immigration Services. As such, the Defendant is charged by statute with the administration and enforcement of the Immigration and Nationality Act and all other laws relating to the immigration and naturalization of aliens, including the issuance of alien registration cards to lawful permanent residents residing in the Chicago district. Defendant District Director is the official with whom Plaintiffs' application for lawful permanent resident status was properly filed. The Defendant is sued in her official capacity.

10. Defendant U.S. Citizenship and Immigration Services (USCIS) is an agency within the United States Department of Homeland Security and is charged with administering and enforcing laws related to immigration and nationality pursuant to a delegation of authority from the Secretary of Homeland Security of the United States under 8 U.S.C. § 1103(a).

4

## FACTS AND CAUSE OF ACTION

11. Plaintiff Natallia Lis and Plaintiff Leonard Svetov properly submitted a petition and application for permanent resident status with the USCIS on April 29th, 2004.

12. Plaintiffs' application and petition for adjustment of status have now remained unadjudicated for almost four years.

13. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements. To date, said applications have not been adjudicated.

14. The USCIS issued a request for applicant to appear for interview on December 15th, 2004.

15. Plaintiffs appeared at the interview scheduled April 5th, 2005. At that time, Plaintiffs submitted all additional documentation required to the USCIS.

16. At the interview, there were no problems or issues which would have prevented the USCIS from granting the permanent resident card. However, the USCIS did not issue the card, stating that it wanted to review the matter further.

17. On or about July 1st, 2005, Plaintiffs through present counsel sent a status inquiry letter to the USCIS. The USCIS responded on July 29th, 2005 stating the case is under further review.

18. On or about March 22, 2006, Plaintiffs through present counsel filed a Freedom of Information Act request with the USCIS. USCIS acknowledged

5

receipt on March 22, 2006 and answered the request on May 18th, 2007

(almost 14 months later). USCIS sent 72 pages and withheld 17 pages in part

and 66 pages in entirety. Thus, no information was released regarding the

delay.

19. On or about November 1st, 2006, Plaintiffs through present counsel sent a

second status inquiry letter to the USCIS. The USCIS did not respond.

20. On or about March 5th, 2007, Plaintiffs through present counsel sent a third

status inquiry letter to the USCIS. The USCIS did not respond.

21. On August 20th, 2007, the Plaintiffs had a child, Eliza Svetov, born in the

United States.

22. On or about October 5th, 2007, Plaintiffs through present counsel sent a fourth

status inquiry letter to the USCIS. The USCIS did not respond.

23. On or about October 6th, 2007, Plaintiffs through present counsel sent a fifth

status inquiry letter via e-mail inquiry service to the USCIS. The USCIS

responded on October 16th, 2007 stating the case is still under further review.

24. On or about February 1st, 2008, Plaintiffs through present counsel sent a sixth

status inquiry letter to the USCIS. The USCIS responded on February 9th,

2008 stating the case is under further review.

25. On or about March 5th, 2008, Plaintiffs through present counsel sent a seventh

status inquiry letter to the USCIS. The USCIS responded on March 5th, 2008

stating the case is under further review.

26. Each year that the case has been under review, the Plaintiff has had to renew

her work authorization card issued by the USCIS in order to be eligible to

6

work. This has cost her $120 in April 2004, $175 in 2005, $180 in 2006, $180 in 2007, and will cost $340 in June of 2008. These costs are directly related to the four-year delay in processing.

27. The Defendants are required by law, specifically INA §264(d), 8 U.S.C. § 1304(d) to issue to Plaintiff an alien registration card, but t date they have failed to do so.

28. Defendants' refusal to act is, in this case, as a matter of law, arbitray and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to, adjudicate Platiffs' application for almost 4 years, thereby depriving them of the right to a decision on her status and the peace of mind to which Plaintiffs are entitled.

29. Plaintiffs have been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

    a. Specifically, Plaintiff Lis' parents are very ill. Plaintiff is desperately in need of visiting them. Departure from the United States while her application is pending is impossible during the pendency of the application. Plaintiff is not eligible for advance parole as she would be subject to a 10-year reentry bar upon returning to the United States.

    b. Plaintiffs have also been damaged in that her employment authorization is tied to her status as applicant for permanent residence, and is limited to increments not to exceed one year. 8 CFR §274a.12(c)(9). Plaintiff has been forced to repeatedly apply (and pay) for extensions of employment authorization.

7

   c.  Plaintiffs have also been further damaged by simply being deprived of the status of lawful permanent residents during the interminable pendency of their application.

   d.  Plaintiffs have also been deprived of the opportunity to apply for naturalization upon holding a permanent resident card for 3 years, as the card has not been adjudicated.

30. The actions of Defendants have caused, and continue to cause, irreparable injury and damage to Plaintiff.

31. Plaintiff has exhausted her administrative remedies and there are no further remedies available for her to pursue.

32. There is no factual or legal justification for Defendants' failure to issue Plaintiff permanent resident status.

33. Defendants' failure to adjudicate the permanent resident application, as described above, has adversely affected and aggrieved Plaintiff, and constitutes a violation of INA § 264(e), 8 U.S.C. §1304(d), and has been unreasonably delayed under the Administrative Procedures Act, 5 U.S.C. §706.

## PRAYER FOR RELIEF

WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

(1) Enter a declaratory judgment declaring the Defendants' failure to adjudicate the permanent resident application to be arbitrary, capricious, and not in accordance with law;

(2) Issue an order requiring Defendants to adjudicate the permanent resident application;

(3) Grant Plaintiff reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412; and

(4) Grant any and all additional relief that may be appropriate.

Dated this 4th day of April                2008

Respectfully submitted,

Brent K. Newcomb

Law Office of Brent Newcomb
902 Huntington Drive
Elk Grove Village, IL 60007
(847)-224-2551
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Brent Newcomb, hereby certify that on __4/4/_____, 2008, I placed a copy of

the Complaint for Writ in the Nature of Mandamus and attachments in an addressed

envelope, certified mail/hand delivered, to the following individuals and caused said

envelope to be deposited in the United States mail, Chicago, IL.

Michael Mukasey
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Michael Chertoff
US Secretary of Homeland Security
US Department of Homeland Security
Washington, D.C. 20528

Ruth Dorochoff
District Director
US Citizenship and Immigration Services
101 W Congress Parkway
Chicago, IL 60605

U.S. Department of Justice
Civil Division, Immigration Litigation
P.O. Box 340
Ben Franklin Station
Washington, D.C. 20044

Office of Chief Counsel
U.S. Department of Homeland Security
55 E. Monroe, Suite 1700
Chicago, IL 60604

Brent Newcomb
Law Office of Brent Newcomb
902 Huntington Drive
Elk Grove Village, IL 60007
(847)-224-2551
IL 6274114

Dated: __4/4/08_____

10

## LIST OF ATTACHMENTS

| Exhibit | Description |
| --- | --- |
| A | Copy of I-130 Petition receipt dated April 29, 2004 |
| B | Copy of I-485 Application receipt dated April 29, 2004 |
| C | Copy of Request for Interview dated December 15, 2004 |
| D | Copy of Response to Status Inquiry dated July 29, 2005 |
| E | Copy of Receipt to FOIA request dated March 22, 2006 |
| F | Copy of Response to FOIA request dated May 18, 2007 |
| G | Copy of Status Inquiry dated November 1, 2006 |
| H | Copy of Status Inquiry dated March 5, 2007 |
| I | Copy of Status Inquiry dated October 5, 2007 |
| J | Copy of E-mail and response dated October 16, 2007 |
| K | Copy of Response to Status Inquiry dated February 9, 2008 |
| L | Copy of Response to Status Inquiry dated March 5, 2008 |
| M | Copy of Employment Authorization Receipt dated April 29, 2004 |
| N | Copy of Employment Authorization Receipt dated July 20, 2005 |
| O | Copy of Employment Authorization Receipt dated August 21, 06 |
| P | Copy of Employment Authorization Receipt dated June 19, 2007 |
| Q | Copy of Plaintiffs' child's birth certificate |

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
| --- | --- | --- | --- |
| MSC-04-224-12267 | | I-130 - Petition for Alien Relative | |
| Received Date: | Priority Date: | Applicant: | A022981658 |
| April 29, 2004 | | | SVETOV, LEONARD |
| Notice Date: | Page    1 OF 1 | ASC Code: | |
| May 12, 2004 | | | |

| | |
| --- | --- |
| BRENT NEWCOMB<br>902 HUNTINGTON DR<br>ELK GROVE VILLAGE IL 60007 | Notice Type:          Receipt Notice<br><br>Amount Received:          $130.00 |

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



EXHIBIT A

## THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-04-224-12270 | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|

| Received Date:<br>April 29, 2004 | Priority Date: | Applicant:   A099119018<br>LIS, NATALLIA |
|---|---|---|
| Notice Date:<br>May 12, 2004 | Page        1 OF 1 | ASC Code:    3 |

BRENT NEWCOMB
902 HUNTINGTON DR
ELK GROVE VILLAGE IL 60007

| | Notice Type: | Receipt Notice |
|---|---|---|
| | Amount Received: | $305.00 |

The above application has been received.  **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## FINGERPRINTING AND BIOMETRICS-
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment.  For TDD hearing impaired assistance, please call **1-800-767-1833.**

It is important that you schedule your appointment.  If you do not schedule or appear for your appointment, it could cause your application to be denied.  If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283.**

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283

EXHIBIT B



Form I-797C (Rev. 09/07/93) N                                    5991963        0001196565

EXHIBIT  B

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | NOTICE DATE<br>December 15, 2004 |
|---|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A#<br>A 099 119 018 |
| APPLICATION NUMBER<br>MSC0422412270 | RECEIVED DATE<br>April 29, 2004 | PRIORITY DATE<br>April 29, 2004 |

PAGE
1 of 1

APPLICANT NAME AND MAILING ADDRESS

NATALLIA LIS
c/o BRENT K NEWCOMB
902 HUNTINGTON DR
ELK GROVE VILLAGE IL 60007

PLEASE COME TO: U.S. Citizenship and Immigration Services

230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604
3

ullullullullulll

ON:      Tuesday, April 05, 2005
AT:      11:05 AM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

### Who should come with you?

- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

### What MUST you bring?

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status *(see below: "What else should you bring?")*.
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

### What else should you bring?

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT**, even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).  *EXHIBIT C*

REPRESENTATIVE COPY

Form I-797C (Rev. 11/28/03) N

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604



**U.S. Citizenship
and Immigration
Services**

July 29, 2005

Brent K. Newcomb, Attorney At Law
902 Huntington Drive
Elk Grove Village, IL  60007

RE:  A099119018 – Natallia Lis

Dear Brent K. Newcomb:

United States Citizenship and Immigration Services (USCIS) records indicate that your client's case is under
further review by the adjudicating officer along with assistance of other agencies pertaining to the bonafides
of the documented evidence they submitted in support of their application and/or petition. Cases are referred
for additional review for a variety of reasons, which in the interests of upholding the United States
immigration laws both in terms of enforcement and rights to privacy, may not be disclosed.  It is difficult to
predict with accuracy when this review will be completed.  Please be assured that every effort is being made
to render a final decision in a timely manner.

Sincerely,

Michael Comfort
District Director

MMC:gs

EXHIBIT D



U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

March 22, 2006

NRC2006022656

Brent Newcomb
Law Office of Brent Newcomb
902 Huntington Dr.
Elk Grove, IL 60007

Dear Attorney Newcomb:

We received your request for information relating to Lis, Natallia on March 22, 2006.

Your request is being handled under the provisions of the Freedom of Information Act
(5 U.S.C. 552). It has been assigned the following control number: NRC2006022656. Please cite this
number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this
system we consider each request according to the complexity and volume so that requesters with a simple
and quick response do not wait for extended periods of time while we review complex voluminous
requests. Because of the nature of your request we have placed your request on the simple track.

This office is now able to offer you the option of having your records copied to a Compact Disc (CD) for
use on your personal computer. This option is an alternative to paper copies. The CD is readable on all
computers, except Apple brand, through the use of Adobe Acrobat software. A version of Adobe Acrobat
will be included on the CD. Your records can be viewed on your computer screen and can be printed
onto paper. Only records 15 pages or more are eligible for CD printing. **Attorneys automatically
receive CDs, unless they contact us to request paper copies. Once an attorney has requested paper
copies, all future responsive records will be provided via paper – there is no need to call again.** For
individuals (i.e. non-attorneys) please call our office at (816) 350-5570 to order your record on CD. Once
you request your records on either CD or paper, all future records will be furnished in the format you have
requested.

EXHIBIT E

If you have any questions concerning your pending FOIA/PA request, please address them to this office, Attention: FOIA/PA Officer, or call us at (816) 350-5570, or fax any FOIA/PA related correspondence to (816) 350-5785. If you have questions concerning the status of a pending Application or Petition or any other type of immigration matter, you must contact your local District Office or call the National Customer Service Unit at 1-800-375-5283. The National Records Center cannot assist you concerning any pending Applications or Petitions or any other type of immigration matter.

Sincerely,

T. Diane Cejka
Director

U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship
and Immigration
Services**

May 18, 2007

**NRC2006022656**

Brent Newcomb
Attorney at Law
902 Huntington Drive
Elk Grove, IL 60007

Dear Brent Newcomb:

This is in response to your Freedom of Information Act (FOIA) request received in this office
March 22, 2006, regarding your client: Natallia Lis.

We have completed our search for records that are responsive to your request and have identified
155 pages. Enclosed are 72 pages in their entirety. We have withheld 17 pages in part and 66 pages in
full pursuant to 5 U.S.C. 552 (b)(2), (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA. In our review of
these pages withheld in full, we have determined that they contain no reasonably segregable portions of
non-exempt information. All documents provided are the best reproducible copies available.

Exemption (b)(2) provides protection for records that are related solely to the internal personnel rules and
practices of an agency. The types of documents and/or information we have withheld under this
exemption may relate to internal matters of a relatively trivial nature, such as internal personnel rules and
practices which could consist of employee identification codes, computer login codes, policies regarding
the use of parking facilities and breakrooms, employee leave policies and dress codes or internal matters
of a more substantial nature, the disclosure of which would risk circumvention of a legal requirement,
such as operating rules, guidelines and manuals of procedures for examiners or adjudicators.

Exemption (b)(5) provides protection for inter-agency or intra-agency memorandums or letters, which
would not be available by law to a party other than an agency in litigation with the agency. The types of
documents and/or information we have withheld under this exemption may consist of documents
containing predecisional information, documents or other memoranda prepared in contemplation of
litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel,
medical and similar files where the disclosure of such information would constitute a clearly unwarranted
invasion of personal privacy. The types of documents and/or information that we have withheld may
consist of birth certificates, naturalization certificates, drivers license, social security numbers, home
addresses, dates of birth, or various other documents and/or information belonging to a third party that are
considered personal.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records which
could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have
withheld various information relating to third-party individuals. The types of documents and/or
information that we have withheld could consist of names, addresses, identification numbers, telephone
numbers, fax numbers, or various other documents that are considered personal.

EXHIBIT F

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonable be expected to risk circumvention of the law. The types of documents and/or information that we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

Please be advised that the National Records Center does not process any type of petition/application or any other benefits under the Immigration and Nationality Act. Therefore, if you have any questions or wish to submit documentation relating to a pending petition/application or any other matter pending with this agency, you must address these issues with your nearest District Office.

In the event you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 111 Massachusetts Ave., NW, Washington, DC 20529, within 60 days of receipt of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you should have any additional question about your request, please direct your inquiries to this office at the above address. You may also call us at (816) 350-5570 or fax any correspondence to (816) 350-5785.

Sincerely,

T. Diane Cejka
Director

Enclosure (s)



**DEPARTMENT OF HOMELAND SECURITY**
**U. S. Citizenship and Immigration Services**
Chicago District Office

STATUS INQUIRY FORM

DATE: 11/1/2006

## CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number: 099 119 018

Name: LIS     Natallia
    Last     First     Middle

Mailing Address: 9529 Bronx Place    Apt # 206

City: Skokie    State: IL    Zip Code: 60077

Daytime Phone Number: (847) 673-5284

Country of Birth: Belarus    Date of Birth: 6/24/78

☐ **Check box if author is same as applicant**
    (DO NOT complete the following if box is checked)

**Type of Inquiry:**
☐ Applicant   ☒ Attorney   ☐ CBO

Name: Newcomb    Brent    Kelly
    Last     First     Middle

Firm / Organization: Law Office of Brent Newcomb

Mailing Address: 902 Huntington Drive

Suite # or Apt. #:

City: Elk Grove    State: IL    Zip Code: 60007

Phone No.: 847-224-2551

## CORRESPONDENCE INFORMATION

Class: GENERAL    Request Type (check all that apply): ☐ Address Change   ☒ General   ☐ Received Documents

**Type of Application (check one):** ☒ Adjustment of Status   ☐ Citizenship

**Form Filed:**
☒ I-130    ☒ I-485    ☐ I-751    ☒ I-765    ☐ I-824

☐ N-336    ☐ N-400    ☐ N-565    ☐ N-600    ☐ N-643    ☐ Other:

**Request rescheduled for (check one):** ☐ Interview    ☐ Oath    ☐ Fingerprinting

Additional Comments: Applicant had interview on 4/5/2005. No decision was made at the interview and no reason for the delay was given. Since that date we have received no response from the immigration service regarding this case.

Applicant Signature: _____    Date: 11/2/2006

**MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:**

**MAIL INQUIRIES TO: USCIS, CORRESPONDENCE UNIT, P.O. BOX 3616, CHICAGO, IL 60690**
**FAX INQUIRIES TO: (312) 705-6826**

Revised 091806yv

EXHIBIT G



**DEPARTMENT OF HOMELAND SECURITY**
**U. S. Citizenship and Immigration Services**
**Chicago District Office**

STATUS INQUIRY FORM

DATE: 03/05/2007

## CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number:  099 119 018

Name:  LIS          Natallia
        Last         First         Middle

Mailing Address: 9529 Bronx Place        Apt # 206

City: Skokie      State: IL    Zip Code: 60077

Daytime Phone Number:

Country of Birth: Belarus      Date of Birth: 6/24/78

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

**Type of Inquiry:**
☐ Applicant  ☒ Attorney  ☐ CBO

Name: Newcomb        Brent          Kelly
       Last          First          Middle

Firm / Organization: Law Office of Brent Newcomb

Mailing Address: 902 Huntington Drive

Suite # or Apt. #:

City: Elk Grove      State: IL   Zip Code: 60007

Phone No.:  847-224-2551

## CORRESPONDENCE INFORMATION

Class: **GENERAL**   Request Type (check all that apply): ☐ Address Change   ☒ General   ☐ Received Documents

Type of Application (check one): ☒ Adjustment of Status   ☐ Citizenship

Form Filed:
☒ I-130   ☒ I-485   ☐ I-751   ☒ I-765   ☐ I-824

☐ N-336   ☐ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other

Request reschedule for (check one): ☐ Interview   ☐ Oath   ☐ Fingerprinting

Additional Comments: Applicant had interview on 4/5/2005. No decision was made at the interview and no reason for the delay was given. Since that date we have received no response from the immigration service regarding this case.

Applicant Signature:                      Date: 03/05/2007

MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT.

MAIL INQUIRIES TO: USCIS, CORRESPONDENCE UNIT, P.O. BOX 3616, CHICAGO, IL. 60690
FAX INQUIRIES TO: (312) 785-6826

Revised 091806yv

EXHIBIT H



**DEPARTMENT OF HOMELAND SECURITY**
**U. S. Citizenship and Immigration Services**
**Chicago District Office**

### STATUS INQUIRY FORM

DATE: 10/05/2007

## CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number: 099 119 018

Name: LIS        Natallia        -
      Last        First        Middle

Mailing Address: 9529 Bronx Place    Apt #: 206

City: Skokie    State: IL    Zip Code: 60077

Daytime Phone Number:

Country of Birth: Belarus    Date of Birth: 6/24/78

☐ Check box if author is same as applicant
   (DO NOT complete the following if box is checked)

**Type of inquiry:**
☐ Applicant  ☒ Attorney  ☐ CBO

Name: Newcomb    Brent    Kelly
      Last        First        Middle

Firm / Organization: Law Office of Brent Newcomb

Mailing Address: 902 Huntington Drive

Suite # or Apt. #

City: Elk Grove    State: IL    Zip Code: 60007

Phone No.: 847-224-2551

## CORRESPONDENCE INFORMATION

Class: **GENERAL**    Request Type (check all that apply): ☐ Address Change    ☒ General    ☐ Received Documents

**Type of Application (check one):** ☒ Adjustment of Status    ☐ Citizenship

**Form Filed:**

☒ I-130    ☒ I-485    ☐ I-751    ☒ I-765    ☐ I-824

☐ N-336    ☐ N-400    ☐ N-565    ☐ N-600    ☐ N-643    ☐ Other:

Request rescheduled for (check one): ☐ Interview    ☐ Oath    ☐ Fingerprinting

Additional Comments: Applicant had interview on 4/5/2005.  No decision was made at the interview and no reason for the delay was given.  Since that date we have received no response from the immigration service regarding this case.  This is the 5th status inquiry we have made.

Applicant Signature:    Date: 10/05/2007

**MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:**

**MAIL INQUIRIES TO: USCIS, CORRESPONDENCE UNIT, P.O. BOX 3616, CHICAGO, IL. 60690**
**FAX INQUIRIES TO: (312) 785-6826**

Revised 091806jv

EXHIBIT I

**YAHOO! MAIL** Classic

Print - Close Window

**Subject:** RE: Status Inquiry Natallia Lis 099 119 018
**Date:** Tue, 16 Oct 2007 16:51:29 -0500
**From:** "CHI245INQUIRY" <Chi245inquiry@dhs.gov>
**To:** "Brent Newcomb" <immigratetous@yahoo.com>

This is in response to your inquiry relating to your client. Our records indicate that your client's case is under further review. All evidence submitted by your client in support of the application and/or petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy, that information may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that your client allow at least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

PLEASE DO NOT RESPOND TO THIS MESSAGE

*Robert Blackwood*
Field Office Director
USCIS District 14 (Chicago Field Office)
101 W Congress Pkwy, Chicago , IL 60605

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.

**From:** Brent Newcomb [mailto:immigratetous@yahoo.com]
**Sent:** Saturday, October 06, 2007 10:45 AM
**To:** Chi245inquiry
**Subject:** Status Inquiry Natallia Lis 099 119 018

Dear Sir or Madam,

My name is Brent Newcomb, attorney, and I am the attorney of record for Natallia Lis, 099 119 018. I have attached form G-28 and G-14 for your reference.

My client and her husband had an interview with your office on 4/5/2005. No decision has been issued. We have made 5 status inquiries only to be told that it is pending. In truth, there is nothing in this case that merits such a long time for adjudication. My clients are a happily married couple with one child together. There are no security issues, arrests, or background problems.

Please have the file reviewed and a decision issued or provide a request for evidence if more evidence about the bona fides is lacking. Again, two and a half years for a case to be pending is beyond reasonable.

Sincerely,
Brent K. Newcomb, Attorney at Law

EXHIBIT J

The Law Office of Brent K. Newcomb, 902 Huntington Dr , Elk Grove , IL 60007
Ph: (847) 224-2551 Fax: (847) 534-0826 E-mail: immigratetous@yahoo.com Web:
www.ImmigrateToUs.com

THIS E-MAIL IS INTENDED FOR THE ADDRESSEE(S) NAMED ABOVE AND MAY CONTAIN
CONFIDENTIAL OR PRIVILEGED INFORMATION. IF YOU ARE NEITHER A NAMED
ADDRESSEE NOR THE PERSON RESPONSIBLE FOR DELIVERING THE MESSAGE TO A
NAMED ADDRESSEE, PLEASE TELEPHONE THE OFFICE IMMEDIATELY. THE CONTENTS
SHOULD NOT BE DISCLOSED TO ANY PERSON NOR ANY COPIES TAKEN.

Looking for a deal? Find great prices on flights and hotels with Yahoo! FareChase.

U.S. Department of Homeland Security
101 W. Congress Parkway
Chicago, Illinois 60605



**U.S. Citizenship
and Immigration
Services**

Lis Natallia                                    02/09/08
9529 Bronx Place
Skokie, IL 60077                                A99 119 018

Dear Natallia,

United States Citizenship and Immigration Services (USCIS) is committed to adjudicating
immigration benefits in a timely manner while also ensuring public safety and national
security. Though background checks for most applications or petitions are completed very
quickly, a small percentage of cases have unresolved background check issues that
temporarily delay adjudication of the application or petition. Although USCIS makes
every effort to resolve such cases promptly, the agency cannot move forward until all
outstanding issues have been resolved to our satisfaction. Unfortunately, this process can
sometimes take years.

The background checks involve more than just the initial submission of biographical
information or fingerprints and the initial response. If these checks and/or a review of the
administrative record reveal an issue potentially impacting an applicant's eligibility for the
requested immigration benefit, further inquiry is needed. The inquiry may include an
additional interview and/or the need to contact another agency for updates or more
comprehensive information. If it is determined that an outside agency possesses
information relevant to the applicant's background, USCIS asks that agency to share any
relevant information for consideration by USCIS in the adjudication. Upon gathering and
assessing all available information, USCIS will adjudicate the application as expeditiously
as possible.

We have checked into your client's case and have been assured that the agency is aware of
your inquiry and is monitoring progress of the case.

USCIS realizes that your client's may be frustrated by the progress of his or her case, but
the agency must balance individual inconvenience against broader issues of public safety
and national security. We hope that the recognition that your client's case has not been
forgotten lessens any anxiety stemming from the delay in the adjudication.

EXHIBIT K

www.uscis.gov

Addressee's Name
Page 2


We hope the information provided is helpful. **If we may be of assistance in the future, please let us know.**


Sincerely,

Ruth A Dorochoff
District Director

**Thank you for contacting** USCIS Customer Service

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Domestic Operations Directorate
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

**MAR 0 5 2008**

Mr. Brent Newcom
Attorney at Law
902 Huntington Drive
Elk Grove, IL 60007

Ref: Lis Natallia

Dear Mr. Newcom:

Thank you for your correspondence dated March 5, 2007, to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

We regret the length of time it has taken to process your client's Form I-485, Application to Register Permanent Residence or Adjust Status. A research of our records reflects that the processing of your client's case has been delayed because the required USCIS review is still in process. Until this required review is completed, we cannot move forward on the case.

Please understand that the review is part of the process in adjudicating cases of similar nature. While an exact date for completion of the review cannot be given at this time, we will make every effort to make a decision on this case as soon as the review is completed.

We appreciate your continued patience. If you need additional assistance or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our website at www.uscis.gov.

We trust that this information is helpful.

Sincerely,

Jeffrey Murray, Acting Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

www.uscis.gov

EXHIBIT L

## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
|---|---|---|---|
| MSC-04-224-12266 | | I-765 - Application for Employment Authorization Document | |

| Received Date: April 29, 2004 | Priority Date: | Applicant: LIS, NATALLIA | |
|---|---|---|---|
| Notice Date: May 12, 2004 | Page        1 OF 1 | ASC Code:   2 | |

BRENT NEWCOMB
902 HUNTINGTON DR
ELK GROVE VILLAGE IL 60007

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $120.00 |

The above application has been received.  **Please notify us immediately if any of the above information is incorrect.  If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.**

### BIOMETRICS-
The next step is to have your biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment.  For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment.  If you do not schedule or appear for your appointment, it could cause your application to be denied.  If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

### WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

### CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov
where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



EXHIBIT M

# THE UNITED STATES OF AMERICA

| Receipt Number:  MSC-05-293-26241 | | Case Type: I-765 - Application for Employment Authorization Document |
|---|---|---|
| Received Date: July 20, 2005 | Priority Date: | Applicant:  LIS, NATALLIA |
| Notice Date: July 22, 2005 | Page     1 OF 1 | ASC Code:     2 |

| BRENT NEWCOMB 902 HUNTINGTON DR ELK GROVE VILLAGE IL  60007 | Notice Type:          Receipt Notice |
|---|---|
| | Amount Received:     $175.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.**

## BIOMETRICS-
The next step is to have your biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



EXHIBIT N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I765 |
|---|---|---|---|
| MSC-06-321-10692 | | APPLICATION FOR EMPLOYMENT AUTHORIZATION | |

| RECEIPT DATE | PRIORITY DATE | APPLICANT | A099 119 018 |
|---|---|---|---|
| August 21, 2006 | | LIS, NATALLIA | |

| NOTICE DATE | PAGE | | |
|---|---|---|---|
| November 9, 2006 | 1 of 1 | | |

BRENT K. NEWCOMB
902 HUNTINGTON DR
ELK GROVE VILLAGE IL 60007

**Notice Type:** Approval Notice
Class: C09
Valid from 10/31/2006 to 10/30/2007
Representative's Copy

Your application for employment authorization has been approved. The Form I-688B, Employment Authorization Document, was sent under separate cover to the beneficiary.

This card authorizes your employment in the United States. Show this card to your employer to verify authorization to work during the dates on the card.

If any information on the card is incorrect, please write the office listed below. Include your Employment Authorization Document, I-688B, a photocopy of this notice, and evidence to support the necessary corrections.

THIS APPROVAL NOTICE IS NS NOT A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION, NOR MAY IT BE USED IN PLACE OF A VISA OR FORM I-688B. However, this Approval Notice in conjunction with a document that establish identity, such as those acceptable documents listed on List B of Form I-9, Employment Eligibility Verification, can be evidence of employment authorization until the new card is received, but no more than 30 days from the issuance of this Approval Notice.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
**Customer Service Telephone:** (800) 375-5283



EXH. O

# THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-07-264-20676 | | Case Type:<br>I-765 - Application for Employment Authorization Document | |
|---|---|---|---|
| Received Date:<br>June 19, 2007 | Priority Date: | Applicant: | A099119018<br>LIS, NATALLIA |
| Notice Date:<br>June 25, 2007 | Page    1 OF 1 | ASC Code: | 2 |

BRENT NEWCOMB
902 HUNTINGTON DR
ELK GROVE IL 60007

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $180.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.**

## BIOMETRICS-

The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does **NOT** grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS (i.e., that a decision to grant or deny your application/petition has not yet been made). The current status of your application/petition must be verified with USCIS.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



EXB- P

## CERTIFICATION OF VITAL RECORD

# EVANSTON, ILLINOIS
### EVANSTON HEALTH DEPARTMENT - OFFICE OF VITAL RECORDS

TYPE/PRINT IN PERMANENT BLACK INK FOR INSTRUCTIONS SEE HANDBOOK

MATCHING DC

STATE OF ILLINOIS

**CERTIFICATE OF LIVE BIRTH**

REGISTRATION DISTRICT NO. **16.23**

REGISTERED NUMBER

CHILD'S BIRTH NUMBER

112-

**CHILD**

| 1. CHILD'S NAME FIRST | MIDDLE | LAST | 2. DATE OF BIRTH (MONTH, DAY, YEAR) | 3. TIME OF BIRTH |
|---|---|---|---|---|
| **ELIZA** | | **SVETOV** | **Aug. 20, 2007** | **02:52P** M |

| 4. SEX | 5. CHILD'S BLOOD TYPE | 6. CITY, TOWN, TWP., ROAD DIST. NO., OR LOCATION OF BIRTH | 7. COUNTY OF BIRTH |
|---|---|---|---|
| **Female** | **-** | **EVANSTON** | **COOK** |

| 8. PLACE OF BIRTH | 9. FACILITY NAME (IF NOT INSTITUTION, GIVE STREET AND NUMBER) |
|---|---|
| **Hospital** | **EVANSTON HOSPITAL** |

**CERTIFIER ATTENDANT**

I CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED. (SIGNATURE OPTIONAL)

10a. ▶

10b. DATE SIGNED (MONTH, DAY, YEAR)

10c. ILLINOIS LICENSE NUMBER **36-074932**

11. ATTENDANT'S NAME AND TITLE (IF OTHER THAN CERTIFIER) (TYPE/PRINT)

12. CERTIFIER'S NAME AND TITLE (TYPE/PRINT)
**DEBRA SCHLOSSBERG M. D.**

13. ATTENDANT'S MAILING ADDRESS (STREET AND NUMBER OR RURAL ROUTE NUMBER, CITY OR TOWN, STATE, ZIP CODE)
**9977 WOODS DRIVE
SKOKIE IL 60077**

14. LOCAL REGISTRAR'S SIGNATURE ▶ *Jay W. Terry*

15. DATE FILED BY LOCAL REGISTRAR (MONTH, DAY, YEAR) **AUG 22 2007**

**MOTHER**

| 16. MOTHER'S MAIDEN NAME (FIRST, MIDDLE, LAST) | 17. DATE OF BIRTH (MONTH, DAY, YEAR) | 18. BIRTHPLACE (STATE OR FOREIGN COUNTRY) |
|---|---|---|
| **NATALLIA LIS** | **06/24/1978** | **BELARUS** |

| 19a. RESIDENCE-STREET AND NUMBER | 19b. CITY, TOWN, TWP., OR ROAD DIST. NO | 19c. INSIDE CITY (YES/NO) |
|---|---|---|
| **952 BRONX PLACE APT.206** | **SKOKIE** | **YES** |

| 19d. COUNTY | 19e. STATE | 19f. MOTHER'S MAILING ADDRESS (IF SAME AS RESIDENCE, ENTER ZIP CODE ONLY) |
|---|---|---|
| **COOK** | **IL** | **60077** |

**FATHER**

| 20. FATHER'S NAME (FIRST, MIDDLE, LAST) | 21. DATE OF BIRTH (MONTH, DAY, YEAR) | 22. BIRTHPLACE (STATE OR FOREIGN COUNTRY) |
|---|---|---|
| **LEONAZD SVETOV** | **05/16/1949** | **RUSSIA** |

**INFORMANT**

I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

23. INFORMANT'S SIGNATURE (OPTIONAL) ▶

---

*This is to certify that this is a true and correct copy from the official record filed with the Evanston Health Department.*

SEP 13 2007

*Jay W. Terry*
JAY W. TERRY
LOCAL REGISTRAR

№ 155864

EXH. Q

Not valid without the embossed seal of the Evanston Health Department