

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Lis, Natallia
Svetov, Leonard
v.
Michael Mukasey, et al.

08CV1937
JUDGE CONLON
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Natallia Lis, Leonard Svetov, Plaintiffs

| | |
|---|---|
| SIGNATURE *[signature]* | FILED<br>APR 04 2008<br>Apr 4, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| FIRM  Law Office of Brent Newcomb | |
| STREET ADDRESS  902 Huntington Dr | |
| CITY/STATE/ZIP  Elk Grove, IL 60007 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6274114 | TELEPHONE NUMBER  847 224-2551 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |