UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

| | |
|---|---|
| LIS, Natallia )<br>SVETOV, Leonard )<br>  )<br>  Plaintiffs )<br>  )<br>v. )<br>  )<br>Michael B. MUKASEY, )<br>    U.S. ATTORNEY GENERAL, )<br>Michael CHERTOFF )<br>    SECRETARY OF THE )<br>    DEPARTMENT OF HOMELAND )<br>    SECURITY )<br>Ruth DOROCHOFF, )<br>    USCIS DISTRICT DIRECTOR )<br>U.S. Citizenship and Immigration Services )<br>  )<br>  Respondents ) | Case No. 08 CV 1937<br><br>**FILED**<br>APR 30 2008 TC<br>Apr 30, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**PLAINTIFFS' MOTION TO VOLUNTARILY WITHDRAW
COMPLAINT FOR WRIT OF MANDAMUS**

COMES NOW Natallia Lis and Leonard Svetov, Plaintiffs in the above-styled and numbered cause and moves this Honorable Court for voluntary dismissal of their Complaint for Writ of Mandamus.

1. Plaintiffs filed the Complaint on April 4, 2008 before this Court requesting a writ of mandamus against the US Citizenship and Immigration Service (hereinafter "Service") for processing of a 4-year pending I-485 Adjustment of Status application.

2. The case was docketed on April 8th, 2008 before the Honorable Judge Suzanne B. Conlon.

3. The Service issued an approval on the adjustment of status packet on April 24th, 2008.

4. Thus, because the desired relief has been received, Plaintiffs have decided to voluntarily withdraw their complaint.

1

5. That Plaintiffs are attaching a copy of the approved I-485 Adjustment of Status as issued by the US Citizenship and Immigration Service.

WHEREFORE, Petitioners, through undersigned counsel, request that they be permitted to voluntarily dismiss their action.

Respectfully submitted this

30th Day of April, 2008.



Brent K. Newcomb

Dated this 30th day of April 2008

Respectfully submitted,

Brent K. Newcomb

    Law Office of Brent Newcomb
    902 Huntington Drive
    Elk Grove Village, IL 60007
    (847)-224-2551
     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Brent Newcomb, hereby certify that on April 30th, 2008, I placed a copy of the Motion for Voluntary Withdrawal of the Complaint and attachment in an addressed envelope, certified mail/hand delivered, to the following individuals and caused said envelope to be deposited in the United States mail, Chicago, IL.

Michael Mukasey
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Michael Chertoff
US Secretary of Homeland Security
US Department of Homeland Security
Washington, D.C. 20528

Ruth Dorochoff
District Director
US Citizenship and Immigration Services
101 W Congress Parkway
Chicago, IL 60605

Jack Donatelli
Assistant United States Attorney
US Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

Brent Newcomb
Law Office of Brent Newcomb
902 Huntington Drive
Elk Grove Village, IL 60007
(847)-224-2551
IL 6274114

Dated: April 30, 2008

3

## ATTACHMENTS

*Exhibit*        *Description*
A             Copy of Approved I-485 dated April 24, 2004

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** <br> MSC-04-224-12270 | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT <br> RESIDENT STATUS |
| **RECEIPT DATE** <br> May 12, 2004 | **PRIORITY DATE** |
| **APPLICANT**   A099 119 018 <br> LIS, NATALLIA | |
| **NOTICE DATE** <br> April 24, 2008 | **PAGE** <br> 1 of 1 |

BRENT K. NEWCOMB
902 HUNTINGTON DR
ELK GROVE VILLAGE IL 60007

Notice Type: Welcome Notice
Section: Adjustment as direct beneficiary of immigrant petition
COA: IR6

## WELCOME TO THE UNITED STATES OF AMERICA

This is to notify you that your application for permanent residence has been approved. It is with great pleasure that we welcome you to permanent resident status in the United States.

At the top of this notice you will see a very important number. It is your USCIS A# (A number). This is your permanent resident account and file number. This permanent account number is very important to you. You will need it whenever you contact us.

We will soon mail you a new *Permanent Resident Card*. You should receive it within the next 3 weeks. You can use it to show your new status. When you receive your card you must carry it with you at all times if you are 18 or older. It is the law.

Please call us at **(800) 375-5283** if any of the information about you shown above is incorrect, if you move before you receive your card, or if you don't receive your card within the next 3 weeks. If you call us, please have your A# and also the receipt number shown above available. The receipt number is a tracking number for your application.

Please read the notice that comes with your card. It will have important information about your card, about your status and responsibilities, and about permanent resident services available to you.

Your new card will expire in ten years. While card expiration will not directly affect your status, you will need to apply to renew your card several months before it expires. When the time comes and you need filing information, or an application, or if you ever have other questions about permanent resident services available to you, just call our *National Customer Service Center* at **1-800-375-5283** or visit the USCIS website at **www.uscis.gov**. (If you are hearing impared, the NCSC's TDD number is **1-800-767-1833**.) The best days to call the NCSC are Tuesday through Friday.

Once again, welcome to the United States and congratulations on your permanent resident status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N