

AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

LIS, Natallia
SUETOV, Leonard

Plaintiff

**SUMMONS IN A CIVIL CASE**

v.

Michael MUKASEY, US Atty General
Michael Chertoff, Sec'y DHS
RUTH DOROCHOFF, USCIS Dist. Dir.
US Citizenship & Imm. Services

CASE NUMBER: 08CV1937
JUDGE CONLON
ASSIGNED MAGISTRATE JUDGE BROWN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Ruth Dorochoff, District Director
US Citizenship & Imm. Services
101 W. Congress Pkwy
Chicago, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brent Newcomb, Law Office of Brent Newcomb
902 Huntington Dr
Elk Grove, IL 60007

an answer to the complaint which is herewith served upon you within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

NADINE FINLEY

(By) DEPUTY CLERK

APR 0 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4/4/08 |
| NAME OF SERVER *(PRINT)* US Postal Service | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FILED
APR 3 0 2008  TC
Apr 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☑ Other (specify): Sent by Certified mail US Postal Service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/30/08
         Date

*Signature of Server*

903 Huntington Dr Elk Grove, IL 60007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.