**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Chertoff
   US Secretary of Homeland S[ecurity]
   Dept of Homeland Security
   Washington DC 20328

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   APR 17 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

   SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 9571 7111

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

08 CV 1937

**FILED**
APR 30 2008 TC
Apr 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT