# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1937 | **DATE** | 5/1/2008 |
| **CASE TITLE** | NATALLIA LIS, ET AL vs. MICHAEL B. MUKASEY | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to voluntarily withdraw complaint for writ of mandamus is granted. The case is dismissed. Status hearing set on June 17, 2008 is vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|